UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ROBERT PIOTROWSKI | * | |
| Plaintiff | * | |
| v. | * | Case No. 8:11-cv-03758 DKC |
| WELLS FARGO BANK, N.A. | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO DISMISS

Defendant, Wells Fargo Bank, N.A. ("Wells Fargo"), by its undersigned attorneys, pursuant to Rules 12(b)(6), 12(b)(7) and 19 of the Federal Rules of Civil Procedure and Local Rule 105, hereby moves to dismiss the Class Action Complaint in the above-captioned case for failure to join a necessary party and for failure to state a claim upon which relief can be granted. The reasons for this Motion are set forth in the accompanying Memorandum of Law.

WHEREFORE, Wells Fargo respectfully requests that this Honorable Court enter an Order dismissing this case. A proposed order is submitted herewith as Exhibit A.

/s/ Virginia W. Barnhart_____
Virginia W. Barnhart (Bar No 03345)
Russell J. Pope (Bar No 03645)
TREANOR POPE & HUGHES, P.A.
29 W. Susquehanna Avenue
Suite 110
Towson, MD 21204
(410) 494-7777
vwbarnhart@tph-law.com
rjpope@tph-law.com

*Attorneys for Defendant, Wells Fargo Bank, N.A.*

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of March, 2012, a copy of the foregoing Motion was served upon the following via the Court's ECF filing system.

>Philip Robinson, Esquire
>Scott Borison, Esquire
>Janet Legg, Esquire
>Legg Law Firm LLC
>5500 Buckeystown Pike
>Frederick, MD 21703
>probinson@legglaw.com
>borison@legglaw.com
>legg@legglaw.com

/s/ Virginia W. Barnhart_____