**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **ROBERT PIOTROWSKI** | * | |
|     Plaintiff | * | |
| v. | * | Case No. 8:11-cv-03758 DKC |
| **WELLS FARGO BANK, N.A.** | * | |
|     Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT MOTION TO FILE SEALED MEMORANDUM AND EXHIBITS

Defendant, Wells Fargo Bank, N.A., pursuant to Local Rule 105.11 and with consent of the Plaintiffs, hereby moves this Court to accept certain documents under seal. In support of this Motion, Defendant states as follows:

1. On February 21, 2014, the Court entered a Stipulated Order Regarding Confidentiality of Discovery Material and Inadvertent Disclosure of Privileged Material. (Dkt. No. 36) (the "Confidentiality Order").

2. Paragraph 2 of the Confidentiality Order provides that if materials are subject to the Confidentiality Order are filed with this Court, they shall be filed under seal with simultaneous Interim Sealing Motion.

3. On January 30, 2015, Plaintiffs filed herein a Motion to Certify A Class, Appoint Class Representatives and Appoint Class Counsel (Dkt. No. 50), and filed a sealed Memorandum and exhibits in support thereof (Dkt. 51).

4. Wells Fargo, this date, files its Opposition to the Plaintiffs' Motion to Certify A Class. In support of its Opposition, Wells Fargo also submits UNDER SEAL a supporting Memorandum and accompanying SEALED Exhibits containing confidential and proprietary

information as well as personal and confidential information regarding third party borrowers, all of which were contemplated and protected by this Court's Confidentiality Order.

5. In light of this Court's Confidentiality Order and the confidential and sensitive nature of the matters discussed in the SEALED Memorandum and the SEALED exhibits accompanying it, Wells Fargo requests that the SEALED Memorandum and SEALED Exhibits thereto identified as Exhibits A-1 to A-22, be accepted for filing UNDER SEAL.

6. The undersigned counsel has requested and received consent to the relief sought in this Motion to Seal from Plaintiffs' counsel, Peter Lubin and Andrew Murphy.

WHEREFORE, Defendant respectfully requests that this Honorable Court enter an Order permanently sealing the Memorandum in Support of Wells Fargo's Opposition to the Plaintiffs' Motion to Certify a Class Appoint Named Plaintiffs as Class Representatives and Appoint Class Counsel and the Exhibits identified as Exhibits A-1 to A-22, which are filed this date UNDER SEAL.

/s/ Virginia W. Barnhart
Virginia W. Barnhart, Bar No. 03345
Sarah E. Meyer, Bar No. 29448
TREANOR POPE & HUGHES, P.A.
500 York Road
Towson, MD 21204
(410) 494-7777
vwbarnhart@tph-law.com
semeyer@tph-law.com

Counsel for Defendant,
Wells Fargo Bank, N.A.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served upon the following counsel when filed with the Court's ECF system on this 16th day of March, 2015:

    Scott C. Borison, Esq.
    Janet Legg, Esq.
    Legg Law Firm, LLC.
    1900 S. Norfolk St., Suite 350
    San Mateo, CA  94403

    Phillip R. Robinson, Esq.
    Consumer Law Center, LLC
    8737 Colesville Road, Suite 307
    Silver Spring, MD  20910

    Peter S. Lubin
    Andrew Murphy
    Vincent L. DiTommaso
    DiTommaso ♦ Lubin, P.C.
    17W220 22nd Street - Suite 410
    Oakbrook Terrace, Illinois 60181

                                                           /s/ Virginia W. Barnhart
                                                           Virginia W. Barnhart