# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

**ROBERT PIOTROWSKI et al**          *

    **Plaintiff**                             *

**v.**                                               *     **Case No. 8:11-cv-03758 DKC**

**WELLS FARGO BANK, N.A.**         *

    **Defendant**                         *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## NOTICE OF DISMISSAL

Plaintiffs Robert Piotrowski and Iwona Piowtrowska hereby give notice that they dismiss with prejudice their amended complaint (ECF 22) against Wells Fargo Bank, N.A.

    Respectfully submitted,

    <u>/s/ Phillip Robinson</u>
    Phillip R. Robinson, Esq.
    (Bar No. 27824)
    phillip@marylandconsumer.com
    Consumer Law Center, LLC
    8737 Colesville Road, Suite 308
    Silver Spring, MD  20910
    (301) 448-1304

    Scott C. Borison, Esq.
    (Bar No. 22576)
    borison@legglaw.com
    Janet Legg, Esq.
    legg@legglaw.com
    Legg Law Firm, LLP.
    1900 S. Norfolk St., Suite 350
    San Mateo, CA  94403
    (301) 620-1016
    Fax: (301) 620-1018

> Peter S. Lubin
> psl@ditommasolaw.com
> (Admitted Pro Hoc Vice)
> Andrew Murphy
> acm@ditommasolaw.com
> (Admitted Pro Hoc Vice)
> Vincent L. DiTommaso
> vdt@ditommasolaw.com
> (Admitted Pro Hoc Vice)
> DiTommaso ♦ Lubin, P.C.
>
> 17W220 22nd Street - Suite 410
> Oakbrook Terrace, Illinois 60181
> (630) 333-0000
>
> *COUNSEL FOR THE PLAINTIFFS*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon all parties and counsel of record in this case when submitted to the Court's ECF system.

> */s/Phillip Robinson*
> Phillip Robinson